IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACK WOLFORD, *et al.*, | ) |
| | ) Civil Action No. 19-251 |
| Plaintiffs, | ) |
| v. | ) |
| | ) Judge Marilyn J. Horan |
| ATI FLAT ROLLED PRODUCTS HOLDINGS, LLC, | ) |
| | ) |
| | ) Electronically Filed |
| Defendant. | ) |

### STIPULATION OF DISMISSAL

Plaintiffs and Defendant stipulate and agree that the captioned matter is hereby DISMISSED pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with prejudice.

Respectfully submitted,

*(signed with permission)*

/s Samuel J. Cordes
Samuel J. Cordes
John E. Black III
Rothman Gordon, PC
310 Grant Street
Pittsburgh, Pennsylvania 15219
Tel: 412-338-1100
sjcordes@rothmangordon.com
jeblack@rothmangordon.com
*Counsel for Plaintiffs*

/s David J. Kolesar
David J. Kolesar
K&L Gates LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, Pennsylvania 15222
Tel: 412-355-6252
Fax: 412-355-6501
david.kolesar@klgates.com
*Counsel for Defendant*

Dated: April __, 2020

It is so Ordered, on this 22nd day of April, 2020

*[signature: Marilyn J. Horan]*
District Court Judge